# United States District Court

WESTERN DISTRICT OF WASHINGTON

MIRANDA K EKSUND                          JUDGMENT IN A CIVIL CASE

v.

MICHAEL J ASTRUE                        CASE NUMBER: C07-5450JKA
Commisioner of Social Security Administration

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.    The Court **AFFIRMS** the Social Security Administrations's final decision and this matter is **DISMISSED** in favor of defendant.


May 28, 2008                                               BRUCE RIFKIN
                                                                           Clerk

                                                                            s/ D. Forbes
                                                                       By, Deputy Clerk